

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00281-CV

**Forrest Lake Townhouse Association, Inc.**

**v.**

**Billy  B.  Martin**

NO. 2012-72008 IN THE 157TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| EXHIBIT FEE | $25.00 | 11/04/2014 | E-PAID | APE |
| MT FEE | $10.00 | 09/15/2014 | E-PAID | APE |
| MT FEE | $10.00 | 06/14/2014 | E-PAID | APE |
| MT FEE | $10.00 | 06/09/2014 | E-PAID | APE |
| MT FEE | $10.00 | 05/13/2014 | E-PAID | ANT |
| CLK RECORD | $126.00 | 04/14/2014 | PAID | ANT |
| FILING | $175.00 | 04/04/2014 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 04/04/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $386.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this April 10, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**